Luis S. Lagaite, Jr.                                    From the 108th District Court
  Appellant                                            Of Potter County

v. No. 07-11-00058-CV                          August 10, 2011

Dr. Julito P. Uy, et al.                               Opinion by Chief Justice Quinn
  Appellee

J U D G M E N T

Pursuant to the opinion of the Court dated August 10, 2011, it is ordered, adjudged and decreed that the order of the trial court be affirmed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o